IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:12CR3050** |
| vs. | |
| CHARLES HAMILTON, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's unopposed motion to continue dispositional hearing (filing 56) is granted.

2. Defendant Charles Hamilton's violation of supervised release hearing is continued to Friday, February 14, 2014, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 30th day of October, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge